Law Office of Roger K. Litman
7726 N. First Street #352
Fresno, California 93720
Telephone: 559.237.6000
Email: rogrito@comcast.net

Attorney for Defendant, GABRIEL GALVAN

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. GABRIEL GALVAN, Defendant. | CASE NO: 1:16-CR-000122-DAD-BAM<br><br>CASE NO: 1:15-SW-00288-LJO<br><br>STIPULATION AND ORDER TO MODIFY ORDER OF SEPTEMBER 6, 2016 PERMITTING DISCLOSURE OF PORTIONS OF CERTAIN SEALED ORDERS, APPLICATIONS, AFFIDAVITS, RECORDINGS AND FOR PROTECTIVE ORDER |
|---|---|

The parties hereto, by and through their respective attorneys, stipulate and agree that the Court's September 6, 2016 Order Permitting Disclosure of Portions of Certain Sealed Orders, Applications, Affidavits, Recordings and for Protective Order (hereinafter, "Protective Order"), filed in Case No. 1:15-SW-00288-LJO, may be modified. Specifically, to the extent the paragraph starting at line 16 of the second page of the Protective Order could be read to apply to all discovery, the parties agree the Protective Order should be modified to apply only to the Title III applications, affidavits, orders and recordings. The parties agree that defense counsel may provide to Mr. Galvan copies of discovery materials other than the Title III applications, affidavits, orders and recordings.

///

///

1

Dated: May 31, 2017                         /s/Roger K. Litman
                                            Attorney for Defendant
                                            GABRIEL GALVAN


Dated: May 31, 2017                         Phillip Talbert
                                            United States Attorney
                                            By: /s/ Melanie Alsworth
                                            Approved by email May 25, 2017


## **O R D E R**

The court's September 6, 2016 order permitting disclosure of portions of certain sealed orders, applications, affidavits, recordings and for protective order, filed in Case No. 1:15-SW-00288-LJO, is modified as set forth above.

IT IS SO ORDERED.

Dated:   **June 1, 2017**                   _____
                                            UNITED STATES DISTRICT JUDGE